# UNITED STATES DISTRICT COURT
## for the Southern District of California

| | Case Number |
|---|---|
| CAMILLE S. | 20-cv-01521-JLB |
| Plaintiff(s) | |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY | **ORDER RE REQUEST TO PROCEED** *IN FORMA PAUPERIS* |
| Defendant(s) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

Dated: Aug 21, 2020

*Jill Burkhardt*

Jill L. Burkhardt
United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency      ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous      ☐ Immunity as to
☐ Other:

Comments:

Dated: _____

United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED
☐ DENIED (see comments above). IT IS FURTHER ORDERED that:
     ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
     ☐ This case is hereby DISMISSED immediately.
     ☐ This case is hereby REMANDED to state court.

Dated: _____

United States District Judge